# Court of Appeals
# of the State of Georgia

ATLANTA, _November 10, 2022_

*The Court of Appeals hereby passes the following order:*

## A22A1326. CLIVE RICHARDS v. ATLANTA QOZ FUNDS, LLC.

This case began as a dispossessory proceeding in magistrate court. The magistrate court ruled that Atlanta QOZ Funds, LLC was entitled to a writ of possession, and Clive Richards appealed to the state court. The state court found in favor of Atlanta QOZ Funds, LLC and issued a writ of possession in its favor. Richards subsequently filed this direct appeal.

We, however, lack jurisdiction due to Richards's failure to comply with the discretionary appeals procedure. When a state court ruling involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeals procedure. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995); *Handler v. Hulsey*, 199 Ga. App. 751, 751-753 (406 SE2d 225) (1991). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Richards's failure to follow the required procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_11/10/2022_
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.